DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BANKS

No. 176P84.

Case below: 67 N.C. App. 358.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

STATE v. BENNETT

No. 234P84.

Case below: 67 N.C. App. 407.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. BRADLEY

No. 182P84.

Case below: 67 N.C. App. 81.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. BROWN

No. 195P84.

Case below: 67 N.C. App. 223.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

STATE v. CREASON

No. 386PA84.

Case below: 68 N.C. App. 599.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 28 August 1984. Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 28 August 1984.